IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARRICK POWELL<br><br>Defendant. | CASE No. 1:23-CR-00146-JRR |

## ORDER

On this 6th day of August 2024, the court conducted a hearing on Defendant's Motion to Suppress Tangible and Derivative Evidence (ECF No. 45) and Defendant's Motion to Suppress Statements (ECF No. 47). For the reasons set forth on the record in open court, the motion at ECF No. 45 is **DENIED**; the motion at ECF No. 47 is **DENIED AS MOOT** based on the Government's representation that it does not intend to offer in evidence any statement of Defendant Powell.

August 6, 2024                                                                /S/

                                                                                   _____
                                                                                   Julie R. Rubin
                                                                                   United States District Judge